No. 363. INTERNATIONAL COMPANY *v.* OCCIDENTAL LIFE INSURANCE Co. October 24, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the

640

Eighth Circuit denied. *Mr. Walter N. Davis* for petitioner. *Messrs. George E. Brammer* and *Clyde B. Charlton* for respondent.